**SEALED**

PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
MAY 1 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUIOYA D. HARRIS,<br>  aka Sequioya D. Thomas<br>JOHN A. OWENS JR.,<br>DIONNE M. THOMAS, and<br>JOSE E. RODRIGUEZ JR,<br><br>Defendants. | CASE NO. 2:17-CR-0071 JAM<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Christopher S. Hales to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 5/11/2017

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge