UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 13, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEQUIOYA D. HARRIS,

Defendant.

Case No. 2:17-cr-00071-JAM-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SEQUIOYA D. HARRIS

Case No. 2:17-cr-00071-JAM-1  Charge 18 U.S.C. § 371, 287; 26 U.S.C. § 7206(2)

from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000 Co-Signed by Rafael Sanders

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on July 13, 2017 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman