TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
SEQUIOYA HARRIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00071 JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF DUE DATE FOR RETURN OF SIGNED BOND PAPERWORK; ORDER** |
| v. | |
| HARRIS, et al. | |
| Defendant. | |

Defendant, SEQUIOYA HARRIS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. On July 13, 2017, the Honorable Judge Kendall J. Newman released Ms. Harris on a $25,000 unsecured appearance bond to be co-signed by her husband who lives in North Carolina. Ms. Harris signed the bond on her day of release but the paperwork had to be mailed to North Carolina to get the signature of her husband. A due date of July 20, 2017 was set for the filing of the signed bond paperwork.

2. The husband has received the bond paperwork and is in the process of returning it today but it may not reach defense counsel's office in time for it to be filed tomorrow.

1

By this stipulation, defendant now moves to continue the due date for return of the signed bond paperwork until July 25, 2017. The GOVERNMENT does not oppose this request.

IT IS SO STIPULATED.

Dated:  July 19, 2017         PHILLIP A. TALBERT
                              Acting United States Attorney

                              By:    */s/ Toni White for*
                              CHRISTOPHER HALES
                              Assistant U.S. Attorney

                              For the United States

Dated:  July 19, 2017         By:    */s/ Toni White*
                              TONI WHITE

                              For Defendant Sequioya Harris

**O R D E R**

IT IS SO FOUND AND ORDERED

Dated: July 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE