TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
SEQUIOYA HARRIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00071 JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF DUE DATE FOR RETURN OF SIGNED BOND PAPERWORK; [PROPOSED] ORDER** |
| v. | |
| HARRIS, et al. | |
| Defendant. | |

Defendant, SEQUIOYA HARRIS, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. On July 13, 2017, the Honorable Judge Kendall J. Newman released Ms. Harris on a $25,000 unsecured appearance bond with accompanying pretrial conditions of release. Said conditions did not include any drug testing or counseling conditions.

2. In the course of supervision, Pretrial services officer Mike Evans formed the belief that Ms. Harris would benefit from a drug testing and counseling conditions.

3. Officer Evans discussed the matter with defense counsel who in turn discussed the proposed conditions with Ms. Harris. Ms. Harris does not object to the addition of drug testing conditions and a general counseling condition at this time.

4. The stipulated language of the proposed terms, subject to order from the Court, or course, is as follows:

1

(a) You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

(b) You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

5. CHRISTOPHER HALES, counsel for the GOVERNMENT, has been advised of these proposed terms and has no objection to them.

By this stipulation, defendant now moves to amend the pretrial release conditions to add the above-referenced terms.

IT IS SO STIPULATED.

Dated: August 17, 2017   PHILLIP A. TALBERT
Acting United States Attorney

By:   */s/ Toni White for*
CHRISTOPHER HALES
Assistant U.S. Attorney

For the United States

Dated: August 17, 2017   By:   */s/ Toni White*
TONI WHITE

For Defendant Sequioya Harris

**O R D E R**

IT IS SO ORDERED

Dated: August 18, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE