PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUIOYA D. HARRIS,<br>  aka Sequioya D. Thomas<br>JOHN A. OWENS JR.,<br>DIONNE M. THOMAS, and<br>JOSE E. RODRIGUEZ JR.,<br><br>Defendants. | CASE NO. 2:17-CR-00071-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 29, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

1. By previous order, this matter was set for status on August 29, 2017.

2. By this stipulation, defendants now move to continue the status conference until November 14, 2017 at 9:15 a.m., and to exclude time between August 29, 2017, and November 14, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes in excess of 26,000 pages, much of it consisting of voluminous tax records and bank records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

    b)  Counsel for defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2017 to November 14, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  August 25, 2017         PHILLIP A. TALBERT
                    United States Attorney

                    /s/ CHRISTOPHER S. HALES
                    CHRISTOPHER S. HALES
                    Assistant United States Attorney

Dated:  August 25, 2017          /s/ ROBERT M. WILSON

ROBERT M. WILSON
Counsel for Defendant
DIONNE M. THOMAS

Dated: August 25, 2017  /s/ OLAF W. HEDBERG
OLAF W. HEDBERG
Counsel for Defendant
JOSE E. RODRIGUEZ, JR.

Dated: August 25, 2017  /s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
JOHN A. OWENS, JR.

Dated: August 25, 2017  /s/ TONI WHITE
TONI WHITE
Counsel for Defendant
SEQUOIYA D. HARRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of August, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE