TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
SEQUIOYA HARRIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SEQUIOYA HARRIS, et al<br><br>                Defendant. | CASE NO. 2:17-cr-00071-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER**<br><br>DATE: November 14, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant, Sequioya Harris, by and through her counsel, Toni White, defendant John A. Owens, Jr., by and through his counsel, Kresta Daly, defendant Dionne M. Thomas, by and through her counsel, Robert Wilson, defendant Jose E. Rodriquez, Jr., by and through his counsel, Olaf Hedberg, and the Government, by and through its counsel, Christopher S. Hales, hereby stipulate as follows:

    1.     By previous order, this matter was set for status on November 14, 2017

    2.     By this stipulation, defendants now move to continue the status conference until January 23, 2018, and to exclude time between November 14, 2017, and January 23, 2018, under Local Code T4.

    3.     The parties agree and stipulate, and request that the Court find the following:

          a)     The government has provided discovery in this matter that counsel for the

defendants are still reviewing. The discovery associated with this case stands at 26,479 pages, much of it consisting of voluminous tax and bank records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendants desire this time to continue to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to discuss potential resolutions with their clients and otherwise prepare for trial.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2017 to January 23, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2016            PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Christopher Hales*
CHRISTOPHER S. HALES
Assistant U.S. Attorney

For the United States

Dated: November 10, 2016            By: */s/ Kresta Daly*
KRESTA DALY

For Defendant JOHN A. OWENS, JR.

Dated: November 10, 2016            By: */s/ Robert Wilson*
ROBERT WILSON

For Defendant DIONNE M. THOMAS

Dated: November 10, 2016            By: */s/ Olaf Hedbert*
OLAF HEDBERG

For Defendant JOSE E. RODRIGUEZ, JR.

Dated: November 10, 2016            By: */s/ Toni White*
TONI WHITE

For Defendant SEQUOIYA HARRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of November, 2017.

                                        **/s/ JOHN A. MENDEZ**
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE