| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEQUIOYA D. HARRIS,<br>  aka Sequioya D. Thomas<br>JOHN A. OWENS JR.,<br>DIONNE M. THOMAS, and<br>JOSE E. RODRIGUEZ JR.,<br><br>Defendants. | CASE NO. 2:17-CR-00071-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 23, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on January 23, 2018.

2. By this stipulation, defendants now move to continue the status conference until February 27, 2018, and to exclude time between January 23, 2018, and February 27, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes in excess of 26,000 pages, much of it consisting of voluminous tax records and bank records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time in particular in order to continue

reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2018 to February 27, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 19, 2018                                     PHILLIP A. TALBERT
                                                                         United States Attorney

                                                                         /s/ CHRISTOPHER S. HALES
                                                                         CHRISTOPHER S. HALES
                                                                         Assistant United States Attorney

Dated: January 19, 2018                                     /s/ ROBERT M. WILSON
                                                                         ROBERT M. WILSON
                                                                         Counsel for Defendant
                                                                         DIONNE M. THOMAS

| | |
|---|---|
| Dated: January 19, 2018 | /s/ OLAF W. HEDBERG |
| | OLAF W. HEDBERG |
| | Counsel for Defendant |
| | JOSE E. RODRIGUEZ, JR. |

| | |
|---|---|
| Dated: January 19, 2018 | /s/ KRESTA DALY |
| | KRESTA DALY |
| | Counsel for Defendant |
| | JOHN A. OWENS, JR. |

| | |
|---|---|
| Dated: January 19, 2018 | /s/ TONI WHITE |
| | TONI WHITE |
| | Counsel for Defendant |
| | SEQUOIYA D. HARRIS |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of January, 2018.

**/s/ JOHN A. MENDEZ**
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE