```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  CHRISTOPHER S. HALES
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00071-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SEQUIOYA D. HARRIS,<br>  aka Sequioya D. Thomas<br>JOHN A. OWENS JR.,<br>DIONNE M. THOMAS, and<br>JOSE E. RODRIGUEZ JR., | DATE: February 27, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 27, 2018.

2. By this stipulation, defendants now move to continue the status conference until April 17, 2018 at 9:15 a.m., and to exclude time between February 27, 2018, and April 17, 2018 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes in excess of 32,000 pages, much of it consisting of voluminous tax records and bank records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER                                              1

b) Counsel for defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial. In addition, in response to requests from counsel for Mr. Owens, the government has recently produced additional discovery in this case that the defendants desire time to review, analyze, and discuss with their clients.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2018 to April 17, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 23, 2018                 MCGREGOR W. SCOTT
                                                                               United States Attorney

                                                                               /s/ CHRISTOPHER S. HALES
                                                                               CHRISTOPHER S. HALES
                                                                               Assistant United States Attorney

Dated: February 23, 2018        /s/ ROBERT M. WILSON
                                ROBERT M. WILSON
                                Counsel for Defendant
                                DIONNE M. THOMAS


Dated: February 23, 2018        /s/ OLAF W. HEDBERG
                                OLAF W. HEDBERG
                                Counsel for Defendant
                                JOSE E. RODRIGUEZ, JR.


Dated: February 23, 2018        /s/ KRESTA DALY
                                KRESTA DALY
                                Counsel for Defendant
                                JOHN A. OWENS, JR.


Dated: February 23, 2018        /s/ TONI WHITE
                                TONI WHITE
                                Counsel for Defendant
                                SEQUOIYA D. HARRIS


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23RD day of February, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE