Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOHN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00071-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| SEQUIOYA HARRIS, JOHN OWENS, DIONNE THOMAS, JOSE RODRIGUEZ, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Christopher Hales, Assistant United States Attorney, and defendants Sequioya Harris, John Owens, Dionne Thomas and Jose Rodriguez and their attorneys Toni White, Kresta Daly, Robert Wilson and Olaf Hedberg, that:

1. By previous order, this matter was set for a status conference on April 17, 2018.

2. By this stipulation, defendants now seek to move the status hearing to June 26, 2018 at 9:15 a.m.. The defendants seek to exclude time under Local Code T4. Plaintiff does not oppose this request.

3. The parties stipulate and request the Court make the following findings:

4. The reason for the continuance is to allow the defense time to investigate, review discovery and examine possible defenses.

5. Defense counsel have requested substantial additional discovery from the government.

{00024555}

1. The government has provided that information to the defense. The defense requires time to review and investigate.

6. Counsel for the defendants believe that failure to grant the above requested additional time would deny the defense reasonable time necessary for effective preparation, taking into account due diligence.

7. The government does not object to a continuance.

8. Based on the above stated findings the ends of justice served by continuing the case outweigh the interests of the public and the defendants in a Speedy Trial.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2018 through June 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

IT IS SO STIPULATED.

Dated: April 13, 2018.   Respectfully submitted,

By    /s/ Kresta Nora Daly for
      Toni White
      Attorneys for Sequoiya Harris

Dated: April 13, 2018.   Respectfully submitted,

By    /s/ Kresta Nora Daly
      Kresta Nora Daly
      Attorneys for John Owens

Dated: April 13, 2018.   Respectfully submitted,

By    /s/ Kresta Nora Daly for
      Robert Wilson
      Attorneys for Dionne Thomas

Dated: April 13, 2018.  Respectfully submitted,

By  /s/ Kresta Nora Daly for
    Olaf Hedberg
    Attorneys for Jose Rodriguez

Dated: April 13, 2018.  By  /s/ Kresta Nora Daly for
    Christopher Hales
    Assistant United States Attorney

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including June 26, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare) as to all defendants. It is further ordered that the April 17, 2018 status conference shall be continued until June 26, 2018, at 9:15 a.m.

Dated: 4/13/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

{00024555}

STIPULATION AND [PROPOSED] ORDER    -3-    [Case No. 2:17-CR-00071-TLN]