TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244


Attorney for Defendant
SEQUIOYA HARRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-CR-00071 JAM |
| Plaintiff, | ) **ORDER GRANTING EXTENSION OF VOLUNTARY SURRENDER DATE** |
| v. | ) |
| Harris et al. | ) |
| Defendant. | ) |

At the request of counsel for the defendant, Sequioya D. Harris, and there being no objection from Government counsel, the Court orders the defendant's voluntary surrender date extended from July 9, 2020 to November 2, 2020.


Dated:   June 29, 2020              /s/ John A. Mendez
                                    United States District Court Judge