TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
SEQUIOYA HARRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00071 JAM |
| Plaintiff, | PROPOSED ORDER SEALING DOCUMENTS |
| v. | |
| SEQUIOYA HARRIS | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Sequioya Harris, IT IS HEREBY ORDERED that Exhibits A, B and D to defendant's Compassionate Release Motion filed as ECF DOC Number 123, as well as defendant's Request to Seal, shall be SEALED until further order of this Court.

Dated:  August 3, 2021         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

1