PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEQUOIYA HARRIS,<br><br>　　　　　　Defendants. | CASE NO. 2:17-CR-00071-JAM<br><br>JOINT STIPULATED REQUEST TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)<br><br>COURT: Hon. John A. Mendez |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　On August 2, 2021, defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

　　　　2.　　The government requires additional time to obtain potentially relevant materials from the Bureau of Prisons, and then review those records and draft its response.

　　　　3.　　The parties have conferred and jointly stipulate and request that the Court order the following briefing schedule on defendant's motion:

- August 31, 2021 – Government's opposition due
- September 7, 2021 – Defendant's reply, if any, due

　　　　IT IS SO STIPULATED AND REQUESTED.

Dated:  August 3, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTOHPER S. HALES
CHRISTOHPER S. HALES
Assistant United States Attorney

Dated:  August 3, 2021

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
SEQUOIYA HARRIS

**ORDER**

IT IS SO ORDERED this 3rd day of August, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE